IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALTON D. BROWN, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 07-3771 |
| | : | |
| DAVID DIGUGLIELMO, et al., | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this __7th__ day of ____January_____, 2016, it is **ORDERED** that:

- Plaintiff's Motion for Partial Summary Judgment (ECF No. 200) is **DENIED**.

- Commonwealth Defendants' Motion for Summary Judgment (ECF No. 197) is **GRANTED in part** and **DENIED in part**.

    o Commonwealth Defendants' Motion for Summary Judgment is **GRANTED** as to:

    - Plaintiff's environmental tobacco smoke ("ETS") future injury claim for declaratory or equitable relief, including injunctive relief, against all Defendants.

    - Plaintiff's ETS future injury claim for damages against Defendants John Nafus, Glenn Given, Robert Cox, and twenty-nine John and Jane Does.

    o Commonwealth Defendants' Motion for Summary Judgment is **DENIED** as to:

    - Plaintiff's ETS future injury claim for damages against Defendants David Diguglielmo, Scott Williamson, William Banta, Dereck White, Charles Judge, and Jeff Zimmerman.

- The case will be set for trial by separate order.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

1